| | |
|---|---|
| 1 | KEVIN V. RYAN (CASBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVBN 0722)<br>Chief, Criminal Division |
| 4 | SHAWNA YEN (CASBN 224447)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Blvd., Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5054 |
| 7 | Facsimile: (408) 535-5066 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-00264 JF |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | SENTENCING HEARING AND |
| | ) | ORDER |
| HIDEFUMI FUSE, | ) | |
| Defendant. | ) | |

It is hereby stipulated by and between counsel for the UNITED STATES, Assistant U.S. Attorney Shawna Yen, and counsel for the Defendant HIDEFUMI FUSE, Arthur Pirelli, Esq., that the date set for the sentencing hearing be continued from August 31, 2005 to September 21, 2005 at 9:00 a.m.  This continuance is necessary because a Presentence Investigation Report has not yet been drafted, and the Probation Officer Jack Roberson has advised that he will need the additional time to interview Mr. Fuse's wife and to prepare a draft PSR and will be prepared to submit one in time for a sentencing hearing on September 21, 2005.   The United States has no objection to this continuance.

1    Dated this ____th day of July, 2005.

2

3                                                    _____
                                                     SHAWNA YEN
                                                     Assistant U.S. Attorney
4

5    Dated this ___th day of July, 2005.

6

7                                                    _____
                                                     ARTHUR PIRELLI, ESQ.
                                                     Attorney for Defendant Hidefumi Fuse
8

9
     GOOD CAUSE APPEARING,
10
         IT IS ORDERED that the date set for the sentencing hearing on this case be continued
11
     from August 24, 2005 to September 21, 2005 at 9:00 a.m.
12
         Dated this  4th day of August, 2005
13

14
                                                     __s/electronic signature authorized__
15                                                   JEREMY FOGEL
                                                     United States District Judge
16

17   Copies to be served on:

18   SHAWNA YEN
     Assistant U.S. Attorney
19   150 Almaden Blvd., Suite 900
     San Jose, CA 95113
20
     ARTHUR A. PIRELLI, ESQ.
21   507 Polk Street, Suite 320
     San Francisco, CA 94102
22
     U.S. PROBATION OFFICER JACK ROBERSON
23   U.S. Probation Office
     280 South First Street, 1st Floor
24   San Jose, CA 95113

25

26

27

28