UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HIDEFUMI FUSE,<br><br>    Defendant. | Case No.  CR 05-00264 JF<br><br>**PRELIMINARY<br>ORDER OF FORFEITURE** |

Having considered the application for a preliminary order of forfeiture filed by the United States, the plea agreement between the parties, and good cause appearing,

IT IS HEREBY ORDERED that defendant Hidefumi Fuse shall forfeit to the United States all of his right, title and interest in the following property, pursuant to Title 18, United States Code, Section 2252A(a)(5)(B) and Title 18, United States Code, Section 2253(a)(3):

    a.  a SONY computer, serial number 3000008,

    b.  a laptop computer, serial number G8846981A,

    c.  a laptop computer, serial number 6D21JCH3G164,

    d.  an IBM laptop computer, serial number 78-62863,  and

    e.  the computer hard drives, memory sticks, CD's, DVD's, videotapes, videotapes and other storage media seized from the defendant's residence.

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish at least once for three successive weeks in a

1  newspaper of general circulation, notice of this Order, notice of the government's intent to
2  dispose of the property in such manner as the Attorney General may direct and provide notice
3  that any person, other than the defendants, having or claiming a legal interest in the property
4  must file a petition with the Court and serve a copy on government counsel within thirty (30)
5  days of the final publication of notice or of receipt of actual notice, whichever is earlier.
6       IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal
7  Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at
8  the time of sentencing and shall be made part of the sentence and included in the judgment.
9    IT IS SO ORDERED this  21st  day of September  2005.

                                electronic signature authorized
                                JEREMY FOGEL
                                United States District Judge

28  [PROPOSED] PRELIMINARY ORDER OF FORFEITURE                                              2
    CR 05-00264 JF