1  Arthur Pirelli CSBN: 051341
   Law Office of Arthur Pirelli
2  507 Polk Street, Suite 320
   San Francisco, California 94102
3  Telephone: (415) 474-1211
   Attorney for Defendant:
4  HIDEFUMI FUSE

**FILED**

DEC - 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HIDEFUMI FUSEADE ) <br> ) <br> Defendant. ) | CR-05-00264-JF <br><br><br><br> ORDER |

Upon motion of defendant, Hidefumi Fuse, by and through his counsel, Arthur Pirelli and good cause appearing therefore:

IT IS HEREBY ORDERED that the surrender date presently set for December 5, 2005, is hereby extended to December 27, 2005.

Dated: 11-29-05

_____
JEREMY FOGEL
United States District Judge

**RECEIVED**

NOV 2 8 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE