**E-filed 3/21/06**

ARTHUR PIRELLI (SBN 212871)
ASSOCIATED COUNSEL
143A Third Street
San Rafael, CA 94901
Telephone: (415)453-0202

JUNJI SUZUKI (SBN 184738)
EDWARD S. MIYAUCHI (SBN 230553)
MARSHALL SUZUKI LAW GROUP, LLP
150 Spear Street, Suite 725
San Francisco, CA 94105
Telephone: (415)618-0090
Facsimile: (415)618-0190

Attorneys for Defendant
Hidefumi Fuse

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | Case No: CR05-00264 JF |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| HIDEFUMI FUSE, | ) | |
| Defendant. | ) | |
| _____ | ) | |

Upon motion of defendant, Hidefumi Fuse, by and through his counsel, Arthur Pirelli and good cause appearing therefore:

IT IS HEREBY ORDERED that bail is exonerated in the above-captioned case.

Dated:  3/20/06

By: _____
JEREMY FOGEL
United States District Judge

---
1
**UNITED STATES v. HIDEFUMI FUSE (Case No: CR05-00264 JF)**
Order